Jane ALLEN, Appellant,

v.

Ed FOSTER et al., Appellees.

Court of Appeals of Kentucky.

Feb. 1, 1957.

Rehearing Denied May 3, 1957.

John W. Murphy, Jr., Liberty, Fred Faulkner, Sr., Campbellsville, for appellant.

Moore & Pittman, Liberty, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment of the Casey Circuit Court determining the boundary line between adjacent landowners Jane Allen and Ed Foster. The judgment recites that the land in question has a value of $1,000. There was ample evidence to sustain the finding that Jane Allen had no title to the land in

question either by instrument or by adverse possession.

The motion for an appeal is overruled and the judgment is affirmed.

MONTGOMERY, J., not sitting.